# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of New York

Index Number: 2:18-CV-05152-ENV-ST

Date Filed: _____

GOT2019002995

Plaintiff:
**MALIBU MEDIA, LLC**

vs.

Defendants:
█████████

For:
KEVIN T. CONWAY, ESQ.
80 Red Schoolhouse Road
Suite 110
Spring Valley, NY 10977

Received by DLS to be served on ██████████, ██████, NY ██.

I, Howard Ettinger, being duly sworn, depose and say that on the **15th day of August, 2019** at **10:14 am**, I:

served a **PERSON OF SUITABLE AGE AND DISCRETION** by delivering and leaving a true copy of the **SUMMONS, NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT, PLAINTIFF'S LETTER MOTION TO FILE AMENDED COMPLAINT AND PROPOSED SUMMONS UNDER SEAL AND FOR LIMITED PROTECTIVE ORDER & AMENDED COMPLAINT - ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT** with ████████ CO TENANT at ████████, ████, ████, the said premises being the defendant's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS, NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT, PLAINTIFF'S LETTER MOTION TO FILE AMENDED COMPLAINT AND PROPOSED SUMMONS UNDER SEAL AND FOR LIMITED PROTECTIVE ORDER & AMENDED COMPLAINT - ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT** in a postpaid envelope addressed to the defendant/respondent: ████████████, █████ and bearing the words "Personal & Confidential" by First Class Mail on **8/17/2019** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** AT THE TIME OF SERVICE , DEPONENT ASKED WHETHER THE DEFENDANT/RECIPIENT IS IN ACTIVE MILITARY SERVICE FOR THE UNITED STATES OF AMERICA OR FOR ANY STATE IN THE UNITED STATE IN ANY CAPACITY WHATEVER OR DEPENDENT UPON A PERSON IN ACTIVE MILITARY SERVICE AND RECEIVED A NEGATIVE REPLY.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: BROWN, Height: 5'0", Weight: 120, Hair: BLACK, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

County of Suffolk State of New York:
Subscribed and Sworn to before me on the 17th day of August, 2019 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

*Howard Ettinger*
**Howard Ettinger**
Process Server

DLS
401 Broadway
Suite 510
New York, NY 10013
(800) 443-1058

A ..LA MOLODY
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, ____

Our Job Serial Number: GOT-2019002995
Ref: 256817

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c